## BANK OF MEEKER v. LOKEY.

No. 6080.    Opinion Filed March 14, 1916.

(155 Pac. 1118.)

*Error from County Court, Lincoln County;*

*H. M. Jarrett, Judge.*

Action by R. R. Lokey against the Bank of Meeker, Okla., a corporation. Judgment for plaintiff, and defendant brings error. Dismissed.

*Hoffman & Foster*, for plaintiff in error.

*Wagoner & Harris*, for defendant in error.

Opinion by MATHEWS, C.   This cause was submitted on the 13th day of December, 1915, and has not been briefed up to this date.   For this reason, the appeal will be deemed abandoned, and we therefore recommend that the appeal be dismissed.

By the Court:   It is so ordered.